IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RANDOLPH SR, | No. C 06-07476 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| EAST PALO ALTO CITY OF, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 6, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 5, 2007.

DESIGNATION OF EXPERTS: 10/26/07; REBUTTAL: 11/9/071.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 2/7/07.

DISPOSITIVE MOTIONS **SHALL** be filed by January 25, 2008;

  Opp. Due February 8, 2008;  Reply Due February 15, 2008;

  and set for hearing no later than February 29, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 1, 2008 at 3:30 PM.

JURY TRIAL DATE: April 14, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge