IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RANDOLPH SR, | No. C 06-07476 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| EAST PALO ALTO CITY OF, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 6, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 5, 2007</u>.

DESIGNATION OF EXPERTS: <u>10/26/07</u>; REBUTTAL: <u>11/9/07</u>1.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>12/7/07</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 25, 2008</u>;

Opp. Due <u>February 8, 2008</u>; Reply Due <u>February 15, 2008</u>;

and set for hearing no later than <u>February 29, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 1, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>April 14, 2008</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge