JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: (650) 989-5400  Fax: (650) 989-5499
Attorneys for Defendants City of East Palo Alto; East Palo Alto Police Department; Sgt. Kevin Fung; Officers Stephen Kalb and Brian Scott Frayer

BEREHANU H. CHALLA, ESQ. BAR# 179405
LAW OFFICES OF BEREHANA H. CHALLA
1600 Adams Drive, Suite 217
Menlo Park, CA 94025
Tel: (650) 688-5786   Fax: (650) 688-5787
Attorney for Plaintiff REGINALD RANDOLPH, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| REGINALD RANDOLPH, SR.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO; EAST PALO ALTO POLICE DEPARTMENT; OFF. BRIAN SCOTT FRAYER; SGT. KEVIN FUNG; OFF. STEPHEN KALB; and DOES 1 thru 50,<br><br>Defendants. | CASE NO.: C 06 7476 SI<br><br>**STIPULATION AND (proposed) ORDER TO CONTINUE EXPERT DISCLOSURE AND EXPERT DISCOVERY CUT-OFF** |

The parties under this action, by and through their attorneys of record, hereby stipulate to extend the Designation of Experts from October 26, 2007 to January 15, 2008, and to extend the Expert Discovery Cut-Off from December 7, 2007 to February 15, 2008. The parties stipulate to extend the foregoing discovery cut-off dates in order to provide for time to conduct a meaningful mediation in Early January 2008.

///

///

**STIPULATION AND (proposed) ORDER TO CONTINUE EXPERT DISCLOSURE AND EXPERT DISCOVERY CUT-OFF; Case No. C06-7476 SI**

G:\Data\DOCS\0160\03739\Stip-Expert-Disclosure.pld

IT IS SO STIPULATED.

DATED: October 16, 2007                CLAPP, MORONEY, BELLAGAMBA
                                       and VUCINICH

                                       By: ___/S/_____
                                       PATRICK R. CO
                                       Attorneys for Defendants,
                                       CITY OF EAST PALO ALTO;
                                       SGT. KEVIN FUNG;
                                       OFFICERS STEPHEN KALB;
                                       BRIAN SCOTT FRAYER

DATED: October 16, 2007                LAW OFFICES OF BEREHANU H. CHALLA

                                       By: ___/S/_____
                                       BEREHANU H. CHALLA
                                       Attorney for Plaintiff,
                                       REGINALD RANDOLPH, SR.

## ORDER

The parties having stipulated, and good cause appearing, It is hereby ORDERED pursuant to F.R.C.P. and the local rules of this Court, that the DISCOVERY PLAN in this matter is amended as follows:

Designation of Experts is extended from October 26, 2007 to January 15, 2008, and Expert Discovery Cut-Off is extended from December 7, 2007 to February 15, 2008.

_____
SUSAN ILLSTON
United States District Judge

STIPULATION AND (proposed) ORDER TO CONTINUE
EXPERT DISCLOSURE AND EXPERT DISCOVERY
CUT-OFF; Case No. C06-7476 SI                    2                    G:\Data\DOCS\0160\03739\Stip-Expert-Disclosure.pld