BEREHANU H. CHALLA, ESQ. BAR# 179405
LAW OFFICES OF BEREHANA H. CHALLA
1600 Adams Drive, Suite 217
Menlo Park, CA 94025
Tel: (650) 688-5786   Fax: (650) 688-5787
Attorney for Plaintiff REGINALD RANDOLPH, SR.


JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
PATRICK R. CO, ESQ.  BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
Tel: (650) 989-5400  Fax: (650) 989-5499
Attorneys for Defendants City of East Palo Alto; East Palo Alto Police Department; Sgt. Kevin Fung; Officers Stephen Kalb and Brian Scott Frayer

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| REGINALD RANDOLPH, SR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EAST PALO ALTO; EAST PALO ALTO POLICE DEPARTMENT; OFF. BRIAN SCOTT FRAYER; SGT. KEVIN FUNG; OFF. STEPHEN KALB; and DOES 1 thru 50, <br><br> Defendants. | CASE NO.:  C 06 7476 SI <br><br> **STIPULATION TO SUBMIT DOCUMENTS TO COURT FOR IN CAMERA REVIEW FOR RULING ON OBJECTIONS AND AS TO APPROPRIATE DOCUMENTS TO BE PRODUCED TO PLAINTIFF** |

The parties under this action hereby stipulate that Defendants shall submit the internal affairs files regarding Officers Frayer, Officer Fung, and Officer Kalb, requested for inspection and production by plaintiff, to the Court for in camera review for ruling on defendants' objections to the production thereof, and as to the appropriate documents to be produced to plaintiff.  The parties stipulate to the date of the in camera review for a date that is convenient to the Court and to the parties. The Court has the legal authority to make such review and rulings based on FRCP 26,

STIPULATION TO SUBMIT DOCUMENTS TO COURT FOR IN CAMERA REVIEW FOR RULING ON OBJECTIONS AND AS TO APPROPRIATE DOCUMENTS TO BE PRODUCED TO PLAINTIFF; CASE NO. C06 7476 SI

G:\Data\DOCS\0160\03739\Stip-Sub-Doc.pld

Standing Order, and Local Rules.

DATED: October 18, 2007          CLAPP, MORONEY, BELLAGAMBA
and VUCINICH

By: /S/
_____
PATRICK R. CO
Attorneys for Defendants,
CITY OF EAST PALO ALTO;
SGT. KEVIN FUNG;
OFFICERS STEPHEN KALB;
BRIAN SCOTT FRAYER

DATED: October 18, 2007          LAW OFFICES OF BEREHANU H. CHALLA

By: /S/
_____
BEREHANU H. CHALLA
Attorney for Plaintiff,
REGINALD RANDOLPH, SR.

Defendants to provide documents to the Court no later than 10/13/07

IT IS SO ORDERED
Judge Susan Illston

STIPULATION TO SUBMIT DOCUMENTS TO COURT FOR IN
CAMERA REVIEW FOR RULING ON OBJECTIONS AND AS TO
APPROPRIATE DOCUMENTS TO BE PRODUCED TO
PLAINTIFF; CASE NO. C06 7476 SI    2    G:\Data\DOCS\0160\03739\Stip-Sub-Doc.pld

1  **RANDOLPH, SR. V. CITY OF PALO ALTO, ET AL.**
   United States District Court
2  for the Northern Disctrict of California
   San Francisco Division - Case No.: C 06 7476 SI
3

4  **PROOF OF SERVICE**

5  I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

6

7  **STIPULATION TO SUBMIT DOCUMENTS TO COURT FOR IN CAMERA REVIEW FOR RULING ON OBJECTIONS AND AS TO APPROPRIATE DOCUMENTS TO BE PRODUCED TO PLAINTIFF**

8

9  on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

10 | Berehanu H. Challa, Esq. | |
   | Law Offices of Berehanu H. Challa | |
11 | 1600 Adams Drive, Suite 217 | |
   | Menlo Park, CA 94025 | |
12 | Tel: (650) 688-5786 | |
   | Fax: (650) 688-5787 | |
13 | ***Attys for Plaintiff Reginald Randolph, Sr.*** | |

14 ☐ (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid
15 to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing
16 correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
17 motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

18 ☐ (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above documents, to the following:
19

20 ☐ (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices of the following:
21

22 ☐ (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the offices of the following:
23

24 ☒ (BY ECF PACER) I caused to be delivered by ECF PACER this date each of the above documents, for which our office will maintain the ECF PACER filing receipt, to the following:
25

26 Executed on October 18, 2007 at San Bruno, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
27

                                                            *Claudia Gomez*
28

G:\Data\DOCS\0160\03739\POS