**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH,<br><br>Plaintiff<br><br>v.<br><br>CITY OF EAST PALO ALTO, et al.,<br><br>Defendants.<br>_____/ | No. C 06-7476 SI<br><br>**ORDER RE: DEFENDANTS' REQUEST THAT SGT. KEVIN FUNG AND OFFICER STEPHEN KALB BE EXCUSED FROM ATTENDING AN UPCOMING MEDIATION SESSION ON DECEMBER 5, 2007.** |

Having considered the written submissions from both parties, the Court DENIES Defendants' request that Sgt. Kevin Fung and Officer Stephen Kalb be excused entirely from attending the upcoming mediation on December 5, 2007.  Officer Kalb must be present <u>in person</u> at the mediation.  Sgt. Kevin Fung must be available <u>by telephone</u> throughout the mediation.

IT IS SO ORDERED.

Dated: 11-27-07                                 _____
                                                                  WAYNE D. BRAZIL
                                                                  United States Magistrate Judge

Copies to:
     Parties, WDB, stats
     ADR, neutral.

1