Berehanu H. Challa, Esq., SBN 179405
LAW OFFICES OF BEREHANU H. CHALLA
1600 Adams Drive, Suite 217
Menlo Park, CA 94025
Tel. (650) 688-5786, Facsimile (650) 688-5787

Attorney for Plaintiff
REGINALD RANDOLPH, SR.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RANDOLPH SR.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EAST PALO ALTO CITY OF,<br><br>　　　　Defendants. | Case No. C 06-07476SI<br><br><br><br>ORDER GRANTING EXTENSION OF TIME |

**ORDER**

Good cause appearing, the Court hereby grants Plaintiff's motion to extend the deadline to file all dispositive motions from January 25, 2008, to February 2, 20008. The extension to file the oppositions and replys deadlines are extended by eight days, respectively.

IT IS SO ORDERED.

Dated: January 24, 2008

　　　　　　　　　　　　　　　　　　　Judge Susan Illston
　　　　　　　　　　　　　　　　　　United States District Court Judge

1