# CLAPP MORONEY BELLAGAMBA VUCINICH

A PROFESSIONAL LAW CORPORATION

March 5, 2008

Reply to: San Bruno
**Patrick R. Co**
cgomez@clappmoroney.com

## VIA HAND DELIVERY

Hon. Joseph C. Spero, Magistrate Judge
United States District Court
Northern District of California-San Francisco Division
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Reginald Randolph, Sr. v. City of East Palo Alto, et al.*
U.S. District Court, Northern District of California Case No. C067476 SI
Our Clients: City of East Palo Alto, East Palo Alto Police Department, Officer Brian Scott Frayer, Sgt. Kevin Fung, Officer Stephen Kalb
Our File No.: 0160-03739

Dear Judge Spero:

Pursuant to this Court's Local ADR Rule 6-9 (d), we hereby request that defendants Brian Frayer and Kevin Fung be excused from attending the Settlement Conference on March 5, 2008, which was scheduled on February 29, 2008.

11

A condensed version of the facts are as follows:

Defendant Officer Frayer contends that he saw Mr. Randolph slumped in the driver's seat of his parked car. Pursuant to a welfare check, he investigated and found Mr. Randolph with another passenger in the driver's seat. When he attempted to communicate with them, Mr. Randolph and the passenger fled from the vehicle. Mr. Randolph was chased by Officer Kalb, who had responded to the initial call for back up and had arrived as Randolph was fleeing. Officer Kalb and Frayer caught Randolph and placed him under arrest, and handcuffed him. While Officer Frayer was transporting Mr. Randolph to the patrol vehicle, Mr. Randolph went limp and fell to the ground. Plaintiff alleges Officer Frayer tripped and shoved him to the ground.

G:\Data\DOCS\0160\03739\030508ltr.Spero.wpd

www.clappmoroney.com

SAN FRANCISCO/PENINSULA
■ 1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
TEL 650.989.5400
FAX 650.989.5499

EAST BAY/CENTRAL VALLEY
■ 6130 Stoneridge Mall Road, Suite 275
Post Office Box 8003.8603
Pleasanton, CA 94588-3237
TEL 925.734.0990
FAX 925.734.0888

SAN JOSE/SOUTH BAY
■ 25 Metro Drive, Suite 600
San Jose, CA 95110
TEL 408.292.2378
FAX 408.292.8063

Due to the short notice, defendants Frayer and Fung are having difficulty with adjusting their schedules. Mr. Frayer currently resides out of state, in Arizona. There is no dispute as to whether Fung or Frayer are being sued in their capacity as employees of the City, and are being defended and indemnified by the City in full. There is no purpose for their attendance at the settlement conference. For that reason, defendants Fung and Frayer request that they be excused from attending the settlement conference

Very truly yours,

Patrick R. Co

cc: Berehanu Challa, Esq. (Via Facsimile)

Defendants Frayer and Fung are excused from personally attending the March 11, 2008 Settlement Conference, but shall be on telephone stand-by for the duration of the conference.

Dated: March 6, 2008



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero