IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD RANDOLPH, SR.,

Plaintiff,

v.

CITY OF EAST PALO ALTO, et al.,

Defendants.
                                    /

No. C 06-07476 SI

**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**

On March 1, 2008, the Court issued an order denying plaintiff Reginald Randolph's motion for summary judgment and granting in part and denying in part defendants' motion for summary judgment. Plaintiff has now filed a motion for leave to file a motion for reconsideration of that order. Pursuant to Civil Local Rule 7-9, the Court hereby DENIES plaintiff's motion for leave.

The Court fully considered and rejected all of the arguments put forward by plaintiff in the underlying motion, and plaintiff raises no new facts or law here. The only conclusive finding by the state court was that defendants had the right to search plaintiff; the state court never made any conclusive finding that the arrest of plaintiff was without probable cause. In addition, this Court did not determine that defendants' search of plaintiff was a legal *Terry* search. Rather, as clearly explained in the order, the Court determined that, viewing the facts in the light most favorable to plaintiff, defendants had probable cause to make an arrest and could perform a search of plaintiff incident to that arrest. Finally, the Court fully considered plaintiff's arguments regarding the city's *Monell* liability.

/ / /

For these reasons, plaintiff's motion is DENIED [Docket No. 128].

**IT IS SO ORDERED.**

Dated: March 13, 2008

SUSAN ILLSTON
United States District Judge