**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD RANDOLPH, SR.,                              No. C 06-07476 SI

        Plaintiff,                           **ORDER CONCERNING DEPOSITION
                                                     OF WITNESS "AB"**

  v.

CITY OF EAST PALO ALTO, et al.,

        Defendants.
_____/

      The Court is presently considering defendants' pending "Motion in Limini to Preclude Plaintiff's Surprise Witnesses 'AB' and 'Paris' from Testifying at Trial As Rebuttal Witnesses." Defendants object strenuously to any testimony by either of these witnesses, whose identity and location were disclosed by plaintiff only during trial. (Apparently the only witness now involved is "AB," Anthony Bradley.)

      The Court has not ruled on the motion. However, to reduce potential prejudice should the witness be allowed to testify, the Court ordered that plaintiff make AB available for deposition or interview, at defendants' election, during the one-week hiatus in trial proceedings. Evidently the parties are now arranging to take AB's deposition.

      This is a discovery deposition, not a deposition to preserve testimony for trial. This witness will be allowed to testify, if at all, only live. The deposition was ordered to inform defense counsel of what this witness may say, should he be called, and to allow them to prepare any cross-examination.

      **IT IS SO ORDERED.**

Dated: April 28, 2008

_____
SUSAN ILLSTON
United States District Judge