IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD RANDOLPH SR,                                    No. C 06-07476 SI

       Plaintiff,                                               **JUDGMENT**

  v.

EAST PALO ALTO CITY OF,

       Defendant.
                                          /

      This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on May 8, 2008.

      IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of defendants and against plaintiff.

      **IT IS SO ORDERED**.

Dated: 5/9/08

                                                                         SUSAN ILLSTON
                                                                         United States District Judge